UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL WADE and SALLY WADE | : | CIVIL ACTION NO.: 3:15CV609 |
| VS. | : | |
| BORIS CHURYK | : | APRIL 27, 2015 |

C O M P L A I N T

    1.  This is an action for brought by two citizens and residents of the State of Rhode Island against a citizen and resident of the State of Connecticut.  The amount in dispute, exclusive of interest and costs, is greater than seventy-five thousand dollars ($75,000).

    2.  Jurisdiction of this court is invoked under the provisions of Title 28, Section 1332, of the United States Code.

    3.  The plaintiffs are adult citizens of the United States who presently reside in Westerly, Rhode Island.  At the times of the events hereinafter described, they resided at 392 Boston Post Road in East Lyme, Connecticut.  They still own that property, although they no longer reside there.

    4. The defendant is an adult who resides, and at all pertinent times resided, at 394 Boston Post Road in East Lyme, Connecticut, adjacent to the

property owned by the plaintiffs.

5. On February 20, 2012, the defendant fired a gunshot through a window of the plaintiffs' home while they were in the residence. As a result, he was arrested and charged with criminal mischief in the third degree and reckless endangerment in the second degree.

6. Eventually, after serving a period of probation, the defendant obtained dismissal of the aforesaid criminal charges through the Accelerated Rehabilitation program.

7. Subsequent to his arrest, and continuing thereafter in a continuous course of conduct through the entirety of the years 2012 and 2013 and until the end of the summer of 2014, when the plaintiffs were constrained by his conduct to move out of the State of Connecticut, the defendant subjected the plaintiffs to terrorism and harassment of many kinds, including the following:

> A. He has hung a replica of a gruesome decapitated head 31 feet from the plaintiffs' bedroom window.
>
> B. He has entered the plaintiffs' property and torn down "no trespassing" signs they had posted.
>
> C. He has planted rows of highly invasive plant species on the plaintiffs' property line.
>
> D. He has erected a fence on the property line between his

      property and the plaintiffs' property and on that fence he has: i) splattered red paint in such a manner as to resemble blood; ii) hung crosses; iii) painted bizarre faces; iv) hung naked Barbie dolls by their heads with red cut marks painted on some of their bodies.

  E. He has blasted loud music late at night in the immediate vicinity of the plaintiffs' residence.

  F. He has burned and otherwise disseminated noxious chemicals in the vicinity of the plaintiffs' residence.

 8. As a result, the plaintiffs repeatedly were constrained to vacate their home and move to motels, and eventually to leave the State of Connecticut entirely.

 9. As a further result, the plaintiffs suffered severe emotional distress resulting in loss of sleep, loss of appetite and continual fear and apprehension.

 10. As a further result, the plaintiff Sally Wade suffered allergic conjunctivitis, allergic rhinitis, anaphylaxis, and exacerbation of an asthmatic condition, all of which required medical care and treatment.

COUNT ONE

 11. The conduct of the defendant described above was extreme and outrageous and was carried out for the purpose of causing the plaintiffs to suffer

emotional distress.

  WHEREFORE, the plaintiffs each claim judgment against the defendant for compensatory damages, punitive damages and costs for the intentional infliction of emotional distress in violation of the Connecticut common law.

COUNT TWO

  12.  The defendant's conduct described above had a natural tendency to create danger and inflict injury upon person or property.

  13.  The dangers created by the defendant as described above were continuing ones.

  14.  The defendant's use of his land as described above was unreasonable and unlawful.

  15.  The existence of the nuisance created by the defendant as described above was the proximate cause of the plaintiffs' injuries and damages.

  WHEREFORE, the plaintiffs each claim judgment against the defendant for compensatory damages, punitive damages and costs for nuisance in violation of the Connecticut common law.

  ***The plaintiffs claim trial by jury.***

                THE PLAINTIFFS

BY:   */s/  ct00215*
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203.562.9931
      Fax: 203.776.9494
      jrw@johnrwilliams.com
      Their Attorney